Justice PATTERSON,
concurring and dissenting.
I join the Court’s opinion insofar as it holds that defendant Kathleen A. Donovan, County Executive of the County of Bergen (County Executive), lacked the authority to remove the commissioners of the Northwest Bergen County Utilities Authority (Authority), under the applicable provisions of the Optional County Charter Law, N.J.S.A. 40:41A-31 to -37, and the Municipal and County Utilities Authorities Law, N.J.S.A. 40:14B-1 to -78. See ante at 477-52, 143 A.3d at 299-302. I also join the Court’s opinion to the extent that it holds that the County Executive had the authority, pursuant to N.J.S.A. 40:41A-38(p), to reject by veto *463 the Authority commissioners’ authorization of health benefits for themselves. See ante at 453-57, 143 A.3d at 302-03. I respectfully disagree with the Court’s holding that the County Executive lacked authority under N.J.S.A. 40:41A-38(p) to veto the Authority’s minutes providing for the payment of salaries to Authority commissioners. I join Justice Solomon’s concurring and dissenting opinion with respect to that issue. See ante at 455-59, 143 A.3d at 304-06 (Solomon, J., concurring in part and dissenting in part).